UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DENISE CRUMWELL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

AGUILAR AMPLIFICATION LLC,

    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No.: 1:24-cv-0181

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DENISE CRUMWELL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action without prejudice and without fees and costs against Defendant, AGUILAR AMPLIFICATION LLC.

Dated:  New York, New York
         February 26, 2024

**GOTTLIEB & ASSOCIATES PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge